United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GONDEE CHARLES SINGLETARY,
        Plaintiff,

    v.

BRIAN DUFFEY,
        Defendant.

Case No.  15-cv-02460-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff raises claims about conditions at the California Health Facility in Stockton, California, which is in the Eastern District.  Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:**  June 9, 2015

                                                        JOSEPH C. SPERO
                                                        Chief Magistrate Judge

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GONDEE CHARLES SINGLETARY, | Case No. 15-cv-02460-JCS |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| BRIAN DUFFEY, | |
| Defendant. | |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gondee Charles Singletary ID: J-08043
California Health Care Facility
P.O. Box 32200
Stockton, CA 95213


Dated: June 9, 2015

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            By:_____
                                            Karen Hom, Deputy Clerk to the
                                            Honorable JOSEPH C. SPERO

2